# OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 14-15781 |
| Case Title | Chinatown Neighborhood Assn. et al. v. Kamala Harris et al. |

**assigned for hearing:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | 3/18/2015 | Time | 2:00 p.m. | Courtroom | One |
| Location | James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco, CA | | | | |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Joseph M. Breall, Esq. |
| Address | Breall & Breall LLP<br>3625 California Street |
| City | San Francisco |
| State | CA |
| Zip Code | 94118 |
| Phone | (415) 345-0545 |
| Email Address | jmbreall@breallaw.com |
| Party/parties represented | Chinatown Neighborhood Assn. and Asian Amer. for Political Advancement |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Joseph M. Breall, Esq. | Date | 2/6/2015 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ACKNOWLEDGMENT OF HEARING NOTICE with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 6, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Joseph M. Breall